# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jeffrey Grant Jerome | CASE NO. 16-01580-TLM |
| Debtor(s) | |

## ORDER OF DISMISSAL

This matter coming on for hearing on the Trustee's Motion to Dismiss filed herein by

Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, and the court

being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed. //end of

text//

DATED:  November 17, 2017

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:
  /s/  Kathleen McCallister
Kathleen McCallister, Trustee

ORDER OF DISMISSAL - 1